UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE RAYBOURN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV00063HEA (AGF) |
| ) | |
| CYNDI PRUDDEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Petitioner's Motion for Extension of Time to File Traverse [Doc. #14]. For good cause shown,

**IT IS HEREBY ORDERED** that Petitioner shall have three additional weeks, to and including **June 26, 2010**, to file a traverse related to her petition for writ of habeas corpus.

Dated this 19th day of May, 2010.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE